IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02781-BNB

EDGAR DEWOND REED,

Applicant,

v.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -4 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

At issue is the Motion to Stay Habeas Corpus Proceedings, (Doc. No. 11), that Applicant filed on February 4, 2009. The Motion is DENIED.

Dated: February 4, 2009

Copies of this Minute Order mailed on February 4, 2009, to the following:

Edgar Dewond Reed
Prisoner No. 97557
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Secretary/Deputy Clerk