IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02781-REB-CBS

EDGAR DEWOND REED,
    Applicant,
v.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Respondents.

ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on Mr. Reed's "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254" ("Petition") (filed December 23, 2008) (doc. # 2).  Pursuant to the Order of Reference dated April 2, 2009 (doc. # 19), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, as referred" and "provide a report and recommendation with regard to the petition."  After reviewing the Petition and Respondents' Answer (filed April 30, 2009) (doc. # 21), the court determines that the state court record would assist the court in resolving this matter.  Accordingly, pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, IT IS ORDERED that:

    1.    The Clerk of the Court of the El Paso County District Court, as the lawful custodian of the records, shall forward all records and transcripts of the state court proceedings in **People v. Edgar Dewond Reed**, El Paso County District Court **Case No. 03CR4360**, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver, Colorado, 80294-3589

**on or before June 1, 2009**.

2. The Clerk of the Court for the United States District Court for the District of Colorado shall deliver a copy of this Order to the Clerk of the Court for the El Paso County District Court, P.O. Box 2980, Colorado Springs, CO. 80903.

Dated at Denver, Colorado this 1st day of May, 2009.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge