IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02781-REB-CBS

EDGAR DEWOND REED,
    Applicant,
v.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Respondents.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

      This civil action is before the court on Mr. Reed's "Current status on Second Order to Fo[r]ward all records and transcripts [sic]" (filed August 24, 2009) (doc. # 27) (docketed by the Clerk of the Court as "Motion for Order").  Pursuant to the Order of Reference dated April 2, 2009 (doc. # 19) and the memorandum dated October 14, 2009 (doc. # 28), this matter was referred to the Magistrate Judge.  The court has reviewed Mr. Reed's inquiry, the entire case file and is sufficiently advised in the premises.  The state court records from El Paso County District Court Case No. 03-CR-4360, People v. Reed, were filed **for the court's use** on July 20, 2009.

      Accordingly, IT IS ORDERED that Mr. Reed's "Current Status on Second Order to Forward all records and transcripts" (filed August 24, 2009) (doc. # 27) (docketed by the Clerk of the Court as "Motion for Order") is GRANTED to the extent explained in this Order.

Dated at Denver, Colorado this 14th day of October, 2009.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge